**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

NABIJON N.,

Petitioner,

v.

MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*; DAVID J. VENTURELLA, *Acting Director, Immigration and Customs Enforcement*; TODD BLANCHE, *U.S. Attorney General*; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; DAVID EASTERWOOD, *Acting Director for ICE Field Office, St. Paul, MN*; and WARDEN, *Sherburne County Facility*,

Respondents.

Case No. 26-cv-2469 (LMP/LIB)

---

NABIJON N.,

Petitioner,

v.

ERIC TOLLEFSON, *Sheriff, Kandiyohi County Sheriff's Office*; MARKWAYNE MULLIN, *Secretary, Department of Homeland Security*; DAVID EASTERWOOD, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*; and TODD BLANCHE, *Attorney General of the United States,*

Respondents.

Case No. 26-cv-3977 (ECT/DJF)

---

**ORDER**

Case No. 26-cv-2469 having been assigned to U.S. District Judge Laura M. Provinzino and U.S. Magistrate Judge Leo I. Brisbois, and Case No. 26-cv-3977 having later been assigned to Chief U.S. District Judge Eric C. Tostrud and U.S. Magistrate Judge Dulce J. Foster, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 26-cv-3977 be assigned to Judge Provinzino and Magistrate Judge Brisbois, *nunc pro tunc*, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this District's Order for Assignment of Cases dated May 27, 2026.

**IT IS FINALLY ORDERED** that a copy of this Order shall be placed in each of the above files.

Dated: September 14, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge

Dated: September 14, 2026

*s/Eric C. Tostrud*
Eric C. Tostrud, Chief Judge
United States District Court